# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:15-cr-35 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| MICHAEL TYRONE WOOD | ) | |
| | ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 485) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Counts One and Twelve of the fourteen-count Indictment; (2) accept Defendant's guilty plea as to Counts One and Twelve of the fourteen-count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with intent to distribute fifty grams or more of methamphetamine (actual) or five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846; (4) adjudicate Defendant guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (5) order that Defendant remain out of custody pending further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 485) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Counts One and Twelve of the fourteen-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Twelve of the fourteen-count Information is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with intent to distribute fifty grams or more of methamphetamine (actual) or five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846;

4. Defendant is hereby **ADJUDGED** guilty of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

5. Defendant shall remain out of custody pending further order of this Court; and

6. Defendant's sentencing hearing shall take place on **July 20, 2018, at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**